AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| v. | ) Case: 1:23-mj-00187 |
| Barry Saturday | ) Assigned to: Judge Meriweather, Robin M. |
|  | ) Assign Date: 7/28/2023 |
|  | ) Description: COMPLAINT W/ ARREST WARRANT |

Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Barry Saturday,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3) - Civil Disorder,
18 U.S.C. § 1752(a)(1) - Knowingly Entering and Remaining in a Restricted Building or Grounds,
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds,
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building.

Date: 07/28/2023

2023.07.28
12:53:00 -04'00'

*Issuing officer's signature*

City and state:   Washington, D.C.

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on (date) 07/28/2023, and the person was arrested on (date) 08/01/2023
at (city and state) Lexington, KY.

Date: 08/01/2023

*Arresting officer's signature*

Kacy A. Jones
*Printed name and title*