IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| vs. | * Case No.: **23-mj-00187 RMM** |
| **BARRY SATURDAY** | * |
| **Defendant** | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ENTRY OF APPEARANCE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Enter my appearance as counsel in this case for Barry Saturday (defendant).

I certify that I am admitted to practice in this court.

/s/

August 11, 2023

Michael E. Lawlor
Brennan, McKenna & Lawlor, Chtd.
Bar Number 459767
6305 Ivy Lane, Suite 700
Greenbelt, Maryland 20770
301-474-0044 (telephone number)
301-474-5730 (facsimile number)
mlawlor@verizon.net