UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.      ) | CR. NO. 23-CR-352 (CJN) |
| ) | |
| BARRY SATURDAY ) | |

**MOTION TO WITHDRAW AS COUNSEL**
**AND REQUEST FOR STATUS CONFERENCE**

    Undersigned counsel, Ubong E. Akpan, respectfully moves this Court for an order allowing her to withdraw from further representation of the Defendant, Barry Saturday. Mr. Saturday has told counsel that he wants undersigned counsel to file a motion to withdraw and request a hearing, that he plans to proceed *pro se* in this case, and that he may request that standby counsel be appointed for him. Mr. Saturday also requested that the Court hold a status hearing on this issue as soon as possible. A copy of the filed version of this motion will be sent to Mr. Saturday.

    WHEREFORE, undersigned counsel respectfully requests that the Court grant the Motion allowing undersigned counsel to withdraw from further representation of Mr. Saturday and hold a hearing on his request to proceed *pro se*.

Respectfully Submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

      /s/
UBONG E. AKPAN
Assistant Federal Public Defender
625 Indiana Ave., N.W.
Washington, D.C. 20004
(202) 208-7500

1