IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA * | |
| * | |
| vs.   * | Case No.23-cr-00352-CJN) |
| * | |
| BARRY SATURDAY, * | |
| Defendant   * | |
| * | |

ooOoo

### ENTRY OF APPEARANCE

Please enter my appearance as counsel for Defendant Barry Saturday, appointed under the Criminal Justice Act, 18 U.S.C. § 3006A.

Respectfully submitted,

/s/ *Carmen D. Hernandez*
**Carmen D. Hernandez**
Bar No. MD 03366
7166 Mink Hollow Rd
Highland, MD 20777
240-472-3391
chernan7@aol.com

### CERTIFICATE OF SERVICE

I hereby certify that the instant notice was served via ECF on all counsel of record this 15th day July, 2024.

/s/ *Carmen D. Hernandez*
**Carmen D. Hernandez**