IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| vs. | * | Case No.  23-cr-00352 (CJN) |
| | * | |
| **BARRY SATURDAY**, | * | |
| Defendant | * | |
| | * | |

ooOoo

### MOTION TO WITHDRAW AS COUNSEL
### AND REQUEST FOR A HEARING

Undersigned counsel, Carmen D. Hernandez, respectfully moves this Honorable Court for an order allowing her to withdraw from further representation.  The motion is filed at the request of Defendant Barry Saturday, who has directed counsel to move to withdraw from his representation.  Mr. Saturday, through undersigned counsel, also requests a prompt hearing on the Motion.

1. On August 10, 2023, Mr. Saturday first appeared virtually in this district on a complaint arising out of the events at the US Capitol on January 6, 2021.  At the time, Michael Lawlor was appointed to represent him.

2. Magistrate Judge Harvey ordered him released on personal recognizance, with conditions (ECF 12).  Mr. Saturday remains in compliance with conditions of pretrial release.

3. On instructions from Mr. Saturday, Mr. Lawlor moved to withdraw his appearance on September 14, 2023 (ECF 14).

4. On September 28, 2023, the Office of the Federal Public Defender was appointed to represent Mr. Saturday by Magistrate Judge Upadhyaya pending resolution of the ascertainment of counsel issues.

5. On October 14, 2023, Mr. Saturday was indicted for felony civil disorder in violation of 18 U.S.C. § 231 and three misdemeanor offenses (ECF 19).

6. On November 6, 2023, AFPD Ubong E. Akpan entered her appearance on behalf of Mr. Saturday.

7. On May 20, 2024, AFPD Akpan moved to withdraw her appearance as requested by Mr. Saturday (ECF 31). The motion states that Mr. Saturday "plans to proceed *pro se* in this case, and that he may request that standby counsel be appointed for him." *Id*.

8. On June 12, 2024, this Court heard and granted the motion to withdraw by AFPD Akpan. The minute entry states that "Appointment of New Counsel will be made."

9. On July 15, 2024, undersigned counsel entered her appearance as counsel appointed under the Criminal Justice Act, as requested.

10. On July 22, 2024, this Court held a status hearing. At the time, the Court maintained the December 5, 2024 trial date and directed counsel for the parties to confer and submit a proposed revised schedule for the filing of pretrial motions and other matters.

11. Since undersigned counsel's entry of appearance, counsel has had several telephone conversations with Mr. Saturday as well as exchanged nearly 100 emails with him and/or with the government about scheduling and discovery, and undertaken other work.

12. The instant motion is being filed at the express request of Mr. Saturday, who also asked that Counsel request the Court to hold a hearing on the motion as soon as possible. A copy of the filed version of this motion will be sent to Mr. Saturday.

13. Under the Revised Scheduling Order, motions to dismiss and to exclude evidence are due to be filed on August 16, 2024 (ECF 36). Counsel hereby notifies the Court that in light of Mr. Saturday's request, she has ceased working on said motions and that a revised schedule is likely to be necessary.

WHEREFORE, undersigned counsel respectfully requests that this Court set this matter in for a hearing on the instant Motion to Withdraw as counsel.

Respectfully submitted,

/s/ *Carmen D. Hernandez*
**Carmen D. Hernandez**
Bar No. MD 03366
7166 Mink Hollow Rd
Highland, MD 20777
240-472-3391
chernan7@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that the instant Motion was served via ECF on all counsel of record this 14th day of July, 2024; and via email on Mr. Saturday.

/s/ *Carmen D. Hernandez*
**Carmen D. Hernandez**