NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**WASHINGTON, D.C.   20001**

UNITED STATES OF AMERICA

vs.     Criminal Number  1:23-cr-00352-CJN

Barry Saturday
(Defendant)

TO:    ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

[■] CJA          [ ] RETAINED          [ ] FEDERAL PUBLIC DEFENDER

_____
(Signature)

**PLEASE PRINT THE FOLLOWING INFORMATION:**

/s/ Barry Coburn, DC Bar No. 358020
*(Attorney & Bar ID Number)*

Coburn, Greenbaum & Eisenstein, PLLC
*(Firm Name)*

1710 Rhode Island Avenue, NW
*(Street Address)*

Washington, DC  20036
*(City)        (State)        (Zip)*

202-643-9472
*(Telephone Number)*