UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 1:23-cr-00352-CJN |
| | : | |
| BARRY SATURDAY, | : | |
| | : | |
| Defendant. | : | |

MOTION TO WITHDRAW AS COUNSEL

I respectfully move for leave to withdraw as the Defendant's counsel. The attorney-client relationship has irretrievably broken down. Mr. Saturday advises that he intends to proceed *pro se* in this case.

Respectfully submitted,

/s/ Barry Coburn

Barry Coburn Bar No. 358020
Coburn, Greenbaum & Eisenstein PLLC
1710 Rhode Island Avenue, NW
Second Floor
Washington, DC 20036
Telephone: (202) 643-9472
Facsimile: (866) 561-9712
barry@coburngreenbaum.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of this motion will be served upon all counsel of record via the Court's ECF system, this 16th day of November, 2024.

/s/ Barry Coburn

Barry Coburn