Barry A. Saturday, *pro se*
Defendant
Email: ███████████████████
███████
████████████████

Self-Represented Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:23-cr-00352-CJN |
| Plaintiff | |
| v. | MOTION TO GRANT E-FILE PRIVILEGES |
| BARRY A. SATURDAY, *Pro Se* | |
| _____ Defendant | |

Leave to file GRANTED.  12/11/24

*[signature]*

## I.   Introduction

Defendant is a *pro se* litigant representing himself in the foregoing action. Defendant is unable to properly file motions in this Court without e-file privileges. Defendant requests this Court grant him e-file privileges.

## II.   Argument

Pursuant to demands of this Court, as demonstrated at the court's website,[1] Defendant is required to file a motion before the Court in order to request such privileges. Defendant requests such privileges with this motion.

## III.   Relief Requested

1. Defendant respectfully requests this Court grant him e-file privileges throughout the duration of the foregoing matter.

Respectfully Submitted,



Barry A. Saturday

███████████
████████████████████
████████████████

---

[1] https://www.dcd.uscourts.gov/sites/dcd/files/NextGEN_Tutorial_Pro_Se_for_Registering_for_E-filing.pdf

CERTIFICATE OF SERVICE: This is to certify that a true and correct copy of the foregoing has been electronically mailed to the Clerk of the U.S. District Court for the District of Columbia, and served on the following by electronic mail this, the 26th of November, 2024:

Marshall, Joseph Hutton (USADC) via Joseph.Hutton.Marshall@usdoj.gov
Estes, Craig (USAMA) via Craig.Estes@usdoj.gov
Levine, Sara (USADC) via Sara.Levine@usdoj.gov

&

Barry Coburn via barry@coburngreenbaum.com
Sarah Schwietz via sarah@coburngreenbaum.com